UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  04-21128-CIV-MORENO

JOSEFINA OLACIREQUI SANCHEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER GRANTING CERTIFICATE OF APPEALABILITY IN PART

THIS CAUSE came before the Court upon Movant's Motion for Certificate of Appealability **(D.E. No. 62)**, filed on **March 7, 2008**.

Josefina Olacirequi Sanchez moves for a certificate of appealability on the following questions:

(1) Whether the district court erred in determining that Ms. Sanchez's supplement to her motion was not timely filed;

(2) Whether the district court erred in determining that Ms. Sanchez's Blakely/Booker claim is barred by the nonretroactivity doctrine articulated in Teague v. Lane, 489 U.S. 288, 109 S. Ct. 1060 (1989);

(3) Whether the district court erred in determining that appellate counsel was not ineffective in failing to raise a Blakely/Booker claim on direct appeal; and

(3) Whether the district court erred in denying Ms. Sanchez's claim that counsel was ineffective in failing to adequately advise her regarding the risks and benefits of

accepting the proffered plea agreement.

A certificate of appealability may issue only upon a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

THE COURT has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is is

**ORDERED** that the Motion shall be **GRANTED** in part. The Court certifies Questions (1) and (2). However, the Motion is **DENIED** with respect to Questions (3) and (4).

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record